IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JOHN J. HOWARD,

                    Petitioner,                                    **8:26CV162**

          vs.

STATE OF NEBRASKA,                                          **ORDER**

                    Respondent.

This matter is before the Court on Petitioner's Motion for Leave to Proceed in Forma Pauperis ("IFP").  Filing No. 2.  Habeas corpus cases attacking the legality of a person's confinement require the payment of a $5.00 fee.  28 U.S.C. § 1914(a).  The Court has reviewed the application to proceed IFP pursuant to 28 U.S.C. § 1915(a)(1)–(2). Petitioner's trust account information shows that Petitioner's account contained an average monthly balance of $100 or more for the six-month period immediately preceding the filing of the petition.  Filing No. 6.  Thus, the Court concludes that Petitioner must be required to pay the $5.00 filing fee because Petitioner has the financial ability to do so. *See* 28 U.S.C. § 1915(a).  No further review of this case will take place until the fee is paid.

IT IS THEREFORE ORDERED that:

1.      Petitioner's request to proceed IFP, Filing No. 2, is denied.

2.      Petitioner must pay the $5.00 filing fee within 30 days.  Petitioner is warned that if the fee is not paid as required, the Court may dismiss this case without further notice.

1

2

3.      The Clerk of the Court is directed to set a pro se case management deadline in this case using the following text: **June 1, 2026**: deadline for Petitioner to pay $5.00 filing fee.

4.      No further review of this case will take place until the filing fee is paid.

Dated this 30th day of April, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge