IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JOHN J. HOWARD,

              Petitioner,

    vs.

STATE OF NEBRASKA,

              Respondent.

**8:26CV162**

**MEMORANDUM AND ORDER**

This matter is before this Court on a motion titled "Motion for a Change of Legal Counsel within the Federal Court" (the "Motion") filed by John J. Howard ("Petitioner"). Filing No. 8.   In the Motion, Petitioner seeks to name Robert B. Creager ("Mr. Creager") of the firm of Anderson, Creager & Wittstruck as his counsel of record in this habeas matter.  *Id.*

If Mr. Creager has agreed to represent Petitioner in this matter, he must enter an appearance into the case.  This Court cannot act on Petitioner's unilateral statement that Mr. Creager represents him in this matter, as this Court has not appointed Mr. Creager to represent Petitioner (nor has Petitioner filed a motion seeking appointment of Mr. Creager, or any other counsel, to represent him in this action).

For these reasons, Petitioner's Motion, Filing No. 8, is denied without prejudice.

SO ORDERED.

Dated this 3rd day of June, 2026.

BY THE COURT:

*[signature]*

Joseph F. Bataillon
Senior United States District Judge